McNALLYLAW, L.L.C.
93 Main Street, Suite 201
Newton, New Jersey 07860
(973) 300-4260
Attorneys for Anna Manukian Aslanian



Order Filed on November 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------------------x
In re :                                          :    Chapter 13
                                                 :    Case No.: 23-18894 (JKS)
    Anna Manukian Aslanian,          :

              Debtor.          :
----------------------------------------------------------------x

## ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY

The relief set forth on the following page is **ORDERED**.

**DATED: November 15, 2023**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The Court having reviewed the debtor's Motion to Extend the Automatic Stay, and any related responses or objections, it is hereby

**ORDERED** that:

1. Pursuant to 11 U.S.C. §362(c)(3)(B), the automatic stay is hereby extended as to all creditors.

2. The debtor shall serve a copy of this order on the Chapter 13 Trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.