

McNALLYLAW, L.L.C.
93 Main Street, Suite 201
Newton, New Jersey 07860
(973) 300-4260
Attorneys for Anna Manukian Aslanian

Order Filed on November 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------x
In re :                                      :      Chapter 13
                                             :      Case No.: 23-18894 (JKS)
        Anna Manukian Aslanian,              :
                                             :
                    Debtor.                  :
-------------------------------------------------------------x


### ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY

The relief set forth on the following page is **ORDERED**.


**DATED: November 15, 2023**            _____

                                        Honorable John K. Sherwood
                                        United States Bankruptcy Court

The Court having reviewed the debtor's Motion to Extend the Automatic Stay, and any related responses or objections, it is hereby

**ORDERED** that:

1.      Pursuant to 11 U.S.C. §362(c)(3)(B), the automatic stay is hereby extended as to all creditors.

2.      The debtor shall serve a copy of this order on the Chapter 13 Trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.