McNALLYLAW, L.L.C.
93 Main Street, Suite 201
Newton, New Jersey 07860
(973) 300-4260
Attorneys for Anna Manukian Aslanian

**Order Filed on November 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------x
In re :                                                   :         Chapter 13
                                                                     Case No.: 23-18894 (JKS)

    Anna Manukian Aslanian,                     :

              Debtor.                                 :
-----------------------------------------------------------x

## ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY

The relief set forth on the following page is **ORDERED**.

**DATED: November 15, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having reviewed the debtor's Motion to Extend the Automatic Stay, and any related responses or objections, it is hereby

**ORDERED** that:

1. Pursuant to 11 U.S.C. §362(c)(3)(B), the automatic stay is hereby extended as to all creditors.

2. The debtor shall serve a copy of this order on the Chapter 13 Trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.

United States Bankruptcy Court

District of New Jersey

In re:  
Anna Manukian Aslanian  
    Debtor

Case No. 23-18894-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1  
Date Rcvd: Nov 16, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Anna Manukian Aslanian, 413 The Fenway, River Edge, NJ 07661-1842 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor DISCOVER BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Robert P. Saltzman | on behalf of Creditor Ajax E Master Trust I a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee dnj@pbslaw.org |
| Stephen B. McNally | on behalf of Debtor Anna Manukian Aslanian steve@mcnallylawllc.com jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5