STEPHEN B. MCNALLY
MCNALLY LAW, LLC
93 MAIN STREET
SUITE 201
NEWTON, NJ  07860

Re:  ANNA MANUKIAN ASLANIAN             Atty:  STEPHEN B. MCNALLY
     413 THE FENWAY                            MCNALLY LAW, LLC
     RIVER EDGE,  NJ  07661                    93 MAIN STREET
                                               SUITE 201
                                               NEWTON, NJ  07860

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
#### Chapter 13 Case # 23-18894

### RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/09/2023 | $200.00 | | 12/05/2023 | $200.00 | |

**Total Receipts: $400.00  -  Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $400.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 48.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | COHN LIFLAND PEARLMAN HERRMANN | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CREDIT COLL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | DISCOVER BANK | (NEW) Prepetition / | 90,641.93 | 100.00% | 0.00 | 0.00 |
| 0005 | DISCOVER FINANCIAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | FINNERTY CANDA & CONCANNON, PC | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | GOLDMAN SACHS BANK USA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | GREGORY FUNDING LLC | (NEW) Prepetition / | 99,804.01 | 100.00% | 0.00 | 0.00 |
| 0009 | MACYS/FDSB | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | NORDSTROM FSB | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 461.24 | 0.00% | 0.00 | 0.00 |
| 0015 | MERRICK BANK | UNSECURED | 2,204.03 | 0.00% | 0.00 | 0.00 |
| 0016 | NATIONAL BANKRUTPCY SERVICES LLC | VEHICLE SECURE | 0.00 | 0.00% | 0.00 | 0.00 |

**Total Paid: $48.00**
See Summary

**Chapter 13 Case # 23-18894**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $400.00          -     Paid to Claims: $0.00          -     Admin Costs Paid: $48.00          =     Funds on Hand: $552.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.