Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−18894−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Anna Manukian Aslanian
    aka Anna Manukian, aka Anna Aslanian,
    aka Anna Manukyan
    413 The Fenway
    River Edge, NJ 07661

Social Security No.:
    xxx−xx−6462

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 12, 2024.

Dated: January 12, 2024
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Anna Manukian Aslanian

    Debtor

Case No. 23-18894-JKS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2024 | Form ID: plncf13 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anna Manukian Aslanian, 413 The Fenway, River Edge, NJ 07661-1842 |
| 520050231 | + | Brian C. Nicholas, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520050232 | + | Cohn Lifland Pearlman Herrmann & Knopf, Park 80 West - Plaza One, 250 Pehle Avenue, Suite 401, Saddle Brook, NJ 07663-5832 |
| 520050236 | | Finnerty Canda & Concannon, PC, 17-17 Route 208 North, Fair Lawn, NJ 07410 |
| 520050241 | + | Rob Saltzman, Esq., 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 12 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 12 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ellie.bulin@gregoryfunding.com | Jan 12 2024 20:52:00 | Ajax E Master Trust I, a Delaware Trust, Wilmingto, c/o Gregory Funding LLC, P.O. Box 230579, Tigard, OR 97281-0579 |
| 520118423 | ^ | MEBN | Jan 12 2024 20:50:30 | AJAX E MASTER TRUST I, a Delaware Trust,, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 520050233 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 12 2024 20:53:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 520050234 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 12 2024 20:52:00 | Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520050239 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2024 21:08:16 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520050235 | + | Email/Text: mrdiscen@discover.com | Jan 12 2024 20:51:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520050237 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 12 2024 20:52:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520050238 | + | Email/Text: ellie.bulin@gregoryfunding.com | Jan 12 2024 20:52:00 | Gregory Funding, LLC, PO Box 230579, Portland, OR 97281-0579 |
| 520091585 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 12 2024 21:07:44 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520050240 | + | Email/Text: bnc@nordstrom.com | | |

District/off: 0312-2                          User: admin                                    Page 2 of 3

Date Rcvd: Jan 12, 2024                       Form ID: plncf13                               Total Noticed: 23

| Recip ID | | | Date Sent | Name and Address |
|---|---|---|---|---|
| | | | Jan 12 2024 20:52:44 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 520071577 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 12 2024 20:53:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 520050243 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 12 2024 20:53:00 | Santander Consumer USA, Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 520111569 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 12 2024 21:19:27 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520050244 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 12 2024 21:37:44 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520050245 | | Email/Text: vci.bkcy@vwcredit.com | Jan 12 2024 20:53:00 | Volkswagon Credit, Inc., PO Box 3, Hillsboro, OR 97123 |
| 520117147 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Jan 12 2024 20:52:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520118534 | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520050242 | ##+ | Roger B. Radol, Esq. LLC, 700 E Palisades Avenue, Englewood Cliffs, NJ 07632-3040 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2024                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor DISCOVER BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Robert P. Saltzman | on behalf of Creditor Ajax E Master Trust I  a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee dnj@pbslaw.org |
| Stephen B. McNally | on behalf of Debtor Anna Manukian Aslanian steve@mcnallylawllc.com jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com |

District/off: 0312-2                          User: admin                                    Page 3 of 3
Date Rcvd: Jan 12, 2024                       Form ID: plncf13                               Total Noticed: 23

Stuart H. West

    on behalf of Creditor Ajax E Master Trust I  a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee
    swest@pbslaw.org

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6