Certificate Number: 15317-NJ-DE-038119687

Bankruptcy Case Number: 23-18894



15317-NJ-DE-038119687

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 22, 2024, at 4:11 o'clock PM PST, Anna Manukian Aslanina completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   January 22, 2024                By:    /s/Christel Raz

                                        Name:  Christel Raz

                                        Title: Counselor