Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 23−18894−JKS
                        Chapter: 13
                        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anna Manukian Aslanian
   aka Anna Manukian, aka Anna Aslanian,
   aka Anna Manukyan
   413 The Fenway
   River Edge, NJ 07661

Social Security No.:
   xxx−xx−6462

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/23/24 at 10:00 AM

to consider and act upon the following:

*32* − Application For Retention of Professional Christie's International Real Estate Group as Realtor Filed by Stephen B. McNally on behalf of Anna Manukian Aslanian. Objection deadline is 5/3/2024. (Attachments: # 1 Certification # 2 Listing Agreement # 3 Proposed Order # 4 Certificate of Service) (McNally, Stephen)

*33* − Objection to (related document:32 Application For Retention of Professional Christie's International Real Estate Group as Realtor Filed by Stephen B. McNally on behalf of Anna Manukian Aslanian. Objection deadline is 5/3/2024. (Attachments: # 1 Certification # 2 Listing Agreement # 3 Proposed Order # 4 Certificate of Service) filed by Debtor Anna Manukian Aslanian) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 5/2/24

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court