Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−18894−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anna Manukian Aslanian
   aka Anna Manukian, aka Anna Aslanian,
   aka Anna Manukyan
   413 The Fenway
   River Edge, NJ 07661

Social Security No.:
   xxx−xx−6462

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 12, 2024.

On 5/1/24 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:  June 13, 2024
Time:  08:30 AM
Location:  Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: May 1, 2024
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-18894-JKS

Anna Manukian Aslanian  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3

Date Rcvd: May 01, 2024     Form ID: 185     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anna Manukian Aslanian, 413 The Fenway, River Edge, NJ 07661-1842 |
| 520050231 | + | Brian C. Nicholas, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520050232 | + | Cohn Lifland Pearlman Herrmann & Knopf, Park 80 West - Plaza One, 250 Pehle Avenue, Suite 401, Saddle Brook, NJ 07663-5832 |
| 520050236 | | Finnerty Canda & Concannon, PC, 17-17 Route 208 North, Fair Lawn, NJ 07410 |
| 520050241 | + | Rob Saltzman, Esq., 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 01 2024 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 01 2024 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ellie.bulin@gregoryfunding.com | May 01 2024 20:50:00 | Ajax E Master Trust I, a Delaware Trust, Wilmingto, c/o Gregory Funding LLC, P.O. Box 230579, Tigard, OR 97281-0579 |
| 520118423 | ^ | MEBN | May 01 2024 20:48:53 | AJAX E MASTER TRUST I, a Delaware Trust,, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 520050233 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 01 2024 20:51:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 520050234 | | Email/Text: BKCourtNotices@yourmortgageonline.com | May 01 2024 20:50:00 | Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520050239 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 01 2024 21:14:40 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520050235 | + | Email/Text: mrdiscen@discover.com | May 01 2024 20:49:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520050237 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 01 2024 20:50:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520050238 | + | Email/Text: ellie.bulin@gregoryfunding.com | May 01 2024 20:50:00 | Gregory Funding, LLC, PO Box 230579, Portland, OR 97281-0579 |
| 520091585 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 01 2024 21:01:30 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520050240 | + | Email/Text: bnc@nordstrom.com | | |

Case 23-18894-JKS    Doc 38    Filed 05/03/24    Entered 05/04/24 00:15:54    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 01, 2024 | Form ID: 185 | Total Noticed: 23 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 01 2024 20:50:02 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 520071577 | + | Email/Text: enotifications@santanderconsumerusa.com | May 01 2024 20:50:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 520050243 | + | Email/Text: enotifications@santanderconsumerusa.com | May 01 2024 20:50:00 | Santander Consumer USA, Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 520111569 | + | Email/PDF: ebn_ais@aisinfo.com | May 01 2024 21:01:40 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520050244 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 01 2024 21:02:06 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520050245 | | Email/Text: vci.bkcy@vwcredit.com | May 01 2024 20:50:00 | Volkswagon Credit, Inc., PO Box 3, Hillsboro, OR 97123 |
| 520117147 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | May 01 2024 20:50:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520118534 | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520050242 | ##+ | Roger B. Radol, Esq. LLC, 700 E Palisades Avenue, Englewood Cliffs, NJ 07632-3040 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 03, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor DISCOVER BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Robert P. Saltzman | on behalf of Creditor Ajax E Master Trust I a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee dnj@pbslaw.org |
| Stephen B. McNally | on behalf of Debtor Anna Manukian Aslanian steve@mcnallylawllc.com jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com |
| Stuart H. West | |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 01, 2024 | Form ID: 185 | Total Noticed: 23 |

on behalf of Creditor Ajax E Master Trust I a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee
swest@pbslaw.org

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6