UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STUART H. WEST, ESQUIRE
PLUESE, BECKER, SALTZMAN & THOMAS, LLC
Attorneys at Law
SW8474
20000 Horizon Way, Suite 900
Mount Laurel, NJ  08054
(856) 813-1700
Attorneys for the Mortgagee

Order Filed on May 19, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Anna Manukian Aslanian
aka Anna Manukian
aka Anna Aslanian
aka Anna Manukyan

Case No.: 23-18894-JKS

Chapter: 13

Hearing Date: May 9, 2024

Judge: John K. Sherwood

ORDER RESOLVING
MORTGAGEE'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following page is **ORDERED**.

DATED: May 19, 2024

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor: Anna Manukian Aslanian
Case No. 23-18894-JKS
Caption of Order: Order Resolving Mortgagee's Motion for Relief from the Automatic Stay

This matter having come before the Court on the Mortgagee's Motion for Relief from the Automatic Stay [ECF No. 30] and the Chapter 13 Debtor's Certification in Opposition to the Motion [ECF No. 31]; and the Mortgagee, Ajax E Master Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee, being represented by and through counsel, Pluese, Becker, Saltzman & Thomas, LLC, with Stuart H. West appearing; and the Debtor, being represented by and through counsel, McNally Law, LLC, with Stephen B. McNally, appearing; and the parties having agreed to resolve this matter according to the conditions set forth below, it is hereby, ORDERED as follows:

1. The Mortgagee consents to a sale of the property by July 31, 2024 without the Debtor making any of the monthly post-Petition payments. Those payments will be included in a final payoff.

2. If the property is not sold by July 31, 2024, Mortgagee may file a COD for In rem/Prospective Relief. The only defense to such a COD is a fully executed contract of sale with a pending closing date within 60 days of the filing of such defense.