UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STUART H. WEST, ESQUIRE
PLUESE, BECKER, SALTZMAN & THOMAS, LLC
Attorneys at Law
SW8474
20000 Horizon Way, Suite 900
Mount Laurel, NJ  08054
(856) 813-1700
Attorneys for the Mortgagee

Order Filed on May 19, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Anna Manukian Aslanian
aka Anna Manukian
aka Anna Aslanian
aka Anna Manukyan

Case No.: 23-18894-JKS

Chapter: 13

Hearing Date: May 9, 2024

Judge: John K. Sherwood

## ORDER RESOLVING
## MORTGAGEE'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following page is **ORDERED**.

**DATED: May 19, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor: Anna Manukian Aslanian
Case No. 23-18894-JKS
Caption of Order: Order Resolving Mortgagee's Motion for Relief from the Automatic Stay

This matter having come before the Court on the Mortgagee's Motion for Relief from the Automatic Stay [ECF No. 30] and the Chapter 13 Debtor's Certification in Opposition to the Motion [ECF No. 31]; and the Mortgagee, Ajax E Master Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee, being represented by and through counsel, Pluese, Becker, Saltzman & Thomas, LLC, with Stuart H. West appearing; and the Debtor, being represented by and through counsel, McNally Law, LLC, with Stephen B. McNally, appearing; and the parties having agreed to resolve this matter according to the conditions set forth below, it is hereby, ORDERED as follows:

1. The Mortgagee consents to a sale of the property by July 31, 2024 without the Debtor making any of the monthly post-Petition payments. Those payments will be included in a final payoff.

2. If the property is not sold by July 31, 2024, Mortgagee may file a COD for In rem/Prospective Relief. The only defense to such a COD is a fully executed contract of sale with a pending closing date within 60 days of the filing of such defense.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-18894-JKS |
| Anna Manukian Aslanian | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 20, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anna Manukian Aslanian, 413 The Fenway, River Edge, NJ 07661-1842 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor DISCOVER BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Robert P. Saltzman | on behalf of Creditor Ajax E Master Trust I a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee dnj@pbslaw.org |
| Stephen B. McNally | on behalf of Debtor Anna Manukian Aslanian steve@mcnallylawllc.com jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com |
| Stuart H. West | on behalf of Creditor Ajax E Master Trust I a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee swest@pbslaw.org |
| U.S. Trustee | |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: May 20, 2024 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6