Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−18894−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anna Manukian Aslanian
   aka Anna Manukian, aka Anna Aslanian,
   aka Anna Manukyan
   413 The Fenway
   River Edge, NJ 07661

Social Security No.:
   xxx−xx−6462

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
## Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on June 11, 2024, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 50 − 32
Order Granting Application to Employ Christie's International Real Estate as Realtor. (Related Doc # 32). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/10/2024. (zlh)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.


Dated: June 11, 2024
JAN: zlh

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-18894-JKS |
| Anna Manukian Aslanian | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Jun 11, 2024      Form ID: orderntc      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| r | + | Christie's International Real Estate NNJ, 30 Sylvan Lane, Ringwood, NJ 07456-1928 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor DISCOVER BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Robert P. Saltzman | on behalf of Creditor Ajax E Master Trust I a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee dnj@pbslaw.org |
| Stephen B. McNally | on behalf of Debtor Anna Manukian Aslanian steve@mcnallylawllc.com jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com |
| Stuart H. West | on behalf of Creditor Ajax E Master Trust I a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee swest@pbslaw.org |
| U.S. Trustee | |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 11, 2024 | Form ID: orderntc | Total Noticed: 1 |

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com  mortoncraigecf@gmail.com

TOTAL: 7