Form loccrtno – loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  23−18894−JKS
                        Chapter:  13
                        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anna Manukian Aslanian
   aka Anna Manukian, aka Anna Aslanian,
   aka Anna Manukyan
   413 The Fenway
   River Edge, NJ 07661

Social Security No.:
   xxx−xx−6462

Employer's Tax I.D. No.:

**CERTIFICATION OF NO OBJECTION**

    I <u>Christopher Browne</u> , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

413 The Fenway, River Edge, New Jersey


Dated: July 9, 2024
JAN:

                                                  Jeanne Naughton
                                                  Clerk