# McNallyLaw, L.L.C.
## Attorneys at Law

Stephen B. McNally                                                                                          Newark, NJ
                                                                                                             New York, NY

---

93 Main Street, Suite 201
Newton, New Jersey 07860
Phone: (973) 300-4260
Fax: (973) 300-4264

July 11, 2024

Clerk
United States Bankruptcy Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Re:   Anna Manukian Aslanian
      Case No.: 23-18894 (JKS)

Dear Sir/Madam:

On 7/9, your office docketed a Certification of No Objection to a pending motion to sell property and Notice of Proposed Private Sale.

Please note that the sale motion has been adjourned to 7/25, and we request that the Certification of No Objection be withdrawn and the dates reset as to the Notice of Proposed Private Sale.

Respectfully,

/s/ Stephen McNally

Stephen B. McNally

cc:   Milica Fatovich, Esq. (by ECF)
      Brian Knapp, Esq. (by ECF)