Form loccrtno – loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  23−18894−JKS
    Chapter:  13
    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Anna Manukian Aslanian
  aka Anna Manukian, aka Anna Aslanian,
  aka Anna Manukyan
  413 The Fenway
  River Edge, NJ 07661

Social Security No.:
  xxx−xx−6462

Employer's Tax I.D. No.:

**CERTIFICATION OF NO OBJECTION**

    I  Christopher Browne , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

413 The Fenway, River Edge, New Jersey

Dated: July 19, 2024
JAN:

                          Jeanne Naughton
                          Clerk