# NORGAARD, O'BOYLE & HANNON

(A TRADE NAME OF GARY K. NORGAARD, PC)

## COUNSELLORS AT LAW

GARY K. NORGAARD† (ret.)
JOHN O'BOYLE
KARL J. NORGAARD†
BRIAN G. HANNON†
CASSANDRA C. NORGAARD†

———————————

ANTHONY E. HOPE†
MARK E. NORGAARD†

———————————

WILLIAM H. SCHMIDT of counsel
ILISSA CHURGIN HOOK of counsel †
MILICA A. FATOVICH of counsel

184 GRAND AVENUE
ENGLEWOOD, NEW JERSEY 07631-3507
Telephone (201) 871-1333
Facsimile (201) 871-3161

———

810 ASBURY AVENUE, SUITE 206
OCEAN CITY, NEW JERSEY 08226
Telephone No. (609) 439-4070
Facsimile (609) 439-4280
By Appointment Only

———

1025 WESTCHESTER AVENUE, SUITE 215
WHITE PLAINS, NEW YORK 10604
By Appointment Only

Senders Direct Email:
mfatovich@norgaardfirm.com

† NJ & NY Bars
◊ NJ, NY & FL Bars

www.norgaardfirm.com

**PLEASE REPLY TO
ENGLEWOOD OFFICE**

August 15, 2024

**VIA ECF**
Honorable John K. Sherwood
United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

    **Re:**    **In re Anna Aslanian
Ch. 13 Case No. 23-18894 (JKS)
Initial Letter Response of Party-in-Interest Vatche Aslanian
a/k/a Kevin Aslanian to Debtor's Motion to Sell Real Property
Hearing: August 22, 2023 at 10:00 a.m.**

Dear Judge Sherwood:

This firm represents Vatche Aslanian a/k/a Kevin Aslanian, the Debtor's estranged husband and co-trustee for the Aslanian Family Trust (the "Trust") in the subject Chapter 13 bankruptcy proceeding. Please accept this Letter Response in lieu of a more formal Response by Mr. Aslanian to the Debtor's Motion For Authorization to Sell Debtor's Interest in 413 The Fenway River Edge, New Jersey Under § 363(b) (the "Motion") [Doc. No. 48] seeking an Order to approve a sale of real property located at 413 the Fenway, Borough of River Edge, New Jersey

07661 (the "Property") to proposed buyer NJ North Development, LLC (the "Purchaser") for $612,000.00. As the co-trustee of the Trust, which is the owner of record of the Property, it is Mr. Aslanian's position that the Debtor's proposed sale of the Property as set forth in the Motion is inappropriate and that the Motion, as filed should be denied by the Court. However, the parties, through their respective counsel, agreed to briefly continue to discuss terms of a settlement which would allow a sale of the Property to proceed with a revised proposed Order. In the event that a satisfactory resolution cannot be reached, counsel shall e-file a Supplemental Response to the Motion.

        Respectfully submitted,

        Norgaard, O'Boyle & Hannon
        Counsel for Kevin Aslanian

By:    /s/ Milica A. Fatovich, Esq.
        Milica A. Fatovich, Esq.