# McNallyLaw, L.L.C.
## Attorneys at Law

Stephen B. McNally      Newark, NJ
    New York, NY

93 Main Street, Suite 201
Newton, New Jersey 07860
Phone: (973) 300-4260
Fax: (973) 300-4264
email:steve@mcnallylawllc.com

August 15, 2024

**Via ECF**
Honorable John K. Sherwood
United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

     **Re:**    **Anna Manukian Aslanian, Debtor**
              **Chapter 13 Case No. 23-18894 (JKS)**

Dear Judge Sherwood,

    We represent Anna Manukian Aslanian, the above-referenced debtor ("Debtor").

    Returnable before this Court on August 22, 2024 is the motion of the Debtor seeking Court approval to sell her interest in her residence. We are currently negotiating with counsel for Vatche Aslanian, the Debtor's estranged spouse, to resolve a potential objection to the sale motion.

    We are docketing this correspondence to evidence that the Debtor has no objection to a 24 hour extension of Mr. Aslanian's deadline to file an objection to the sale motion. We are hopeful that additional time will assist in yielding a settlement.

                                  Respectfully Submitted,

                                  /s/ Stephen B. McNally

                                  Stephen B. McNally

cc:     Brian Knapp, Esq. (via ECF)
          Milica A. Fatovich, Esq. (via ECF)