# McNallyLaw, L.L.C.
## Attorneys at Law

Stephen B. McNally                                                                                                       Newark, NJ
                                                                                                                                   New York, NY

93 Main Street, Suite 201
Newton, New Jersey 07860
Phone: (973) 300-4260
Fax: (973) 300-4264

November 3, 2024

Honorable John K. Sherwood
United States Bankruptcy Judge
United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

    Re:    Anna Manukian Aslanian
                <u>Case No.: 23-18894 (JKS)</u>

Dear Judge Sherwood:

    We represent Anna Manukian Aslanian the referenced debtor (the "Debtor").

    On Friday, November 1, 2024, the Debtor filed a Motion seeking entry of an Order (i) Appointing Anna Manukian Aslanian as Attorney-in-Fact for Vatche Aslanian to Complete the Sale of 413 The Fenway, River Edge, New Jersey (the "Property"); and (iii) for Sanctions (the "Motion"). The Debtor also filed an application seeking a hearing on the motion on shortened notice.

    We report that the Motion has been resolved, and is hereby withdrawn.

                                                                  Respectfully submitted,

                                                                   /s/ Stephen McNally

                                                                   Stephen B. McNally

cc:    Milica Fatovich, Esq. (by e-mail)
        Marie-Ann Greenberg, Esq. (by e-mail)
        Joseph J. Conte, Esq. (by e-mail)
        Ms. Anna Aslanian (by e-mail)