## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### CHAPTER 13 DEBTOR'S ATTORNEY FEE APPLICATION COVER SHEET

Debtor: __Anna Manukian Aslanian__     Applicant: __Stephen B. McNally, Esq.__

Case No.: __23-18894__     Chapter:     13

Petition Date: __10-2-2023__

I certify that I am the attorney for the debtor(s) and submit this Application for Compensation and Reimbursement of Expenses ("Application") in accordance with D.N.J. LBR 2016-1 and 2016-5.

I further certify:

1. A pre-petition written retainer agreement ("Agreement") has been executed with the debtor(s) and this Application is consistent with that Agreement and D.N.J. LBR 2016;

2. I have complied with 11 U.S.C. §§ 527 and 528;

3. The fees sought in this Application:

   ☒ will not reduce the amount to be paid to general unsecured creditors under the plan;

   ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows: _____
   _____ ;

4. I have advised the debtor(s) that the fees sought in this Application:

   ☒ will not increase the amount and/or duration of plan payments;

   ☐ will increase the amount and/or duration of plan payments as follows:
   _____
   _____ ;

5. I have advised the debtor(s) that the fees sought in this Application:

   ☒ will be paid through the plan;

   ☐ will be paid outside of the plan;

6. I have served a copy of this Fee Application Cover Sheet and Application on the debtor(s).

I certify under penalty of perjury that the above is true.

Date: __2-5-2025__     /s/ Stephen B. McNally
                        Signature

**NOTE:**     **DO NOT COMPLETE SECTIONS I-III BELOW IF THE AMOUNT OF THIS APPLICATION, INCLUSIVE OF EXPENSES, IS UNDER $1,000.**