Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−18894−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anna Manukian Aslanian
   aka Anna Manukian, aka Anna Aslanian,
   aka Anna Manukyan
   413 The Fenway
   River Edge, NJ 07661

Social Security No.:
   xxx−xx−6462

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       2/27/25
Time:       10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Stephen B. McNally, Debtor's Attorney

COMMISSION OR FEES
$10,000.00

EXPENSES
$774.50

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 6, 2025
JAN:

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court
District of New Jersey

| In re: | Case No. 23-18894-JKS |
|---|---|
| Anna Manukian Aslanian | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 06, 2025 | Form ID: 137 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Anna Manukian Aslanian, 413 The Fenway, River Edge, NJ 07661-1842 |
| cr | | Ajax E Master Trust I, a Delaware Trust, Wilmingto, c/o Gregory Funding LLC, P.O. Box 230579, Tigard, OR 97281-0579 |
| r | + | Christie's International Real Estate NNJ, 30 Sylvan Lane, Ringwood, NJ 07456-1928 |
| 520050231 | + | Brian C. Nicholas, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520050232 | + | Cohn Lifland Pearlman Herrmann & Knopf, Park 80 West - Plaza One, 250 Pehle Avenue, Suite 401, Saddle Brook, NJ 07663-5832 |
| 520050236 | | Finnerty Canda & Concannon, PC, 17-17 Route 208 North, Fair Lawn, NJ 07410 |
| 520050238 | + | Gregory Funding, LLC, PO Box 230579, Portland, OR 97281-0579 |
| 520328399 | | Residential Credit Opportunities Trust X-A, c/o FCI Lender Services Inc, PO Box 27370, Anaheim Hills, CA 92809 |
| 520050241 | + | Rob Saltzman, Esq., 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 520050242 | + | Roger B. Radol, Esq. LLC, 700 E Palisades Avenue, Englewood Cliffs, NJ 07632-3040 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 06 2025 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 06 2025 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bk@szjlaw.com | Feb 06 2025 20:57:00 | Santander Consumer USA Inc., c/o Stewart, Zlimen & Jungers, Ltd., 2860 Patton Rd, Roseville, MN 55113-1100 |
| 520118423 | ^ | MEBN | Feb 06 2025 20:50:24 | AJAX E MASTER TRUST I, a Delaware Trust,, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 520050233 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 06 2025 21:00:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 520050234 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 06 2025 20:57:00 | Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520050239 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2025 21:08:21 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520050235 | + | Email/Text: mrdiscen@discover.com | Feb 06 2025 20:56:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520050237 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 06 2025 20:58:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520091585 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 06 2025 21:07:46 | MERRICK BANK, Resurgent Capital Services, |

Case 23-18894-JKS    Doc 88    Filed 02/08/25    Entered 02/09/25 00:15:27    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 06, 2025 | Form ID: 137 | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10368, Greenville, SC 29603-0368 |
| 520050240 | + | Email/Text: bnc@nordstrom.com | Feb 06 2025 20:58:43 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 520328400 | + | Email/Text: LMitchell@myfci.com | Feb 06 2025 20:58:00 | Residential Credit Opportunities Trust X-A, c/o FCI Lender Services Inc, PO Box 27370, Anaheim Hills, CA 92809, Residential Credit Opportunities Trust X, c/o FCI Lender Services Inc, PO Box 27370, Anaheim Hills, CA 92809-0112 |
| 520071577 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 06 2025 20:59:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 520050243 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 06 2025 20:59:00 | Santander Consumer USA, Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 520111569 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 06 2025 20:55:47 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520050244 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2025 20:55:56 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520050245 | | Email/Text: vci.bkcy@vwcredit.com | Feb 06 2025 20:59:00 | Volkswagon Credit, Inc., PO Box 3, Hillsboro, OR 97123 |
| 520117147 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Feb 06 2025 20:57:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520118534 | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Discover Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 08, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor DISCOVER BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 06, 2025 | Form ID: 137 | Total Noticed: 28 |

Milica A. Fatovich
    on behalf of Creditor Kevin Aslanian mfatovich@norgaardfirm.com
    mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

Robert P. Saltzman
    on behalf of Creditor Ajax E Master Trust I  a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee dnj@pbslaw.org

Stephen B. McNally
    on behalf of Debtor Anna Manukian Aslanian steve@mcnallylawllc.com
    jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com

Stuart H. West
    on behalf of Creditor Ajax E Master Trust I  a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee
    swest@pbslaw.org

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
    mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 8