McNALLYLAW, L.L.C.
93 Main Street, Suite 201
Newton, New Jersey 07860
(973) 300-4260
Attorneys for Anna Manukian Aslanian

**Order Filed on February 28, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------x

| | | |
|---|---|---|
| In re : | : | Chapter 13 |
| | : | |
| ANNA MANUKIAN ASLANIAN., | : | Case No. 23-18894 (JKS) |
| | : | |
| Debtor. | : | |

------------------------------------------------------------x

**ORDER GRANTING APPLICATION OF McNALLYLAW, LLC,
ATTORNEY TO THE DEBTOR, FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: February 28, 2025**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

THIS MATTER having been opened to the Court by McNallyLaw, LLC, attorney to the debtor in the bankruptcy case of Anna Manukian Aslanian., upon filing of an Application pursuant to 11 U.S.C. §§ 326(b) and 330(a) and Fed. R. Bankr. P. 2016, seeking entry of an order granting allowance of (i) compensation for the reasonable and necessary services performed by McNallyLaw, LLC during the Debtor's bankruptcy case; and the Court having considered the Application and any objections filed thereto; and good and sufficient notice of the relief requested in the Application having been provided to all parties-in-interest; and for good cause shown, it is hereby ORDERED as follows:

1. The Application is GRANTED, as set forth below.

2. McNallyLaw, LLC be, and hereby is, ALLOWED total compensation, fees in the amount of $18,250.00 and expenses of $744.50 incurred during the Application period, for a total award in the amount of $18,994.50.  McNallyLaw, LLC has already received payment in the amount of $4,750.00 from the Chapter 13 Trustee and payment from closing in the amount of $3,500.00, which shall be applied to the fees awarded herein.

3. The Chapter 13 Trustee is hereby authorized and directed to pay McNallyLaw, LLC the sum of $9,569.88 from the fee reserve deposited with the Chapter 13 Trustee. Any additional amounts awarded herein shall be paid directly by the Debtor to McNallyLaw, LLC.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

2