McNALLYLAW, L.L.C.
93 Main Street, Suite 201
Newton, New Jersey 07860
(973) 300-4260
Attorneys for Anna Manukian Aslanian

**Order Filed on February 28, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------x
In re :                                         :    Chapter 13
                                                :
ANNA MANUKIAN ASLANIAN.,                        :    Case No. 23-18894 (JKS)
                                                :
Debtor.                                         :
------------------------------------------------------------x

**ORDER GRANTING APPLICATION OF McNALLYLAW, LLC,
ATTORNEY TO THE DEBTOR, FOR COMPENSATION
<u>AND REIMBURSEMENT OF EXPENSES</u>**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: February 28, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

THIS MATTER having been opened to the Court by McNallyLaw, LLC, attorney to the debtor in the bankruptcy case of Anna Manukian Aslanian., upon filing of an Application pursuant to 11 U.S.C. §§ 326(b) and 330(a) and Fed. R. Bankr. P. 2016, seeking entry of an order granting allowance of (i) compensation for the reasonable and necessary services performed by McNallyLaw, LLC during the Debtor's bankruptcy case; and the Court having considered the Application and any objections filed thereto; and good and sufficient notice of the relief requested in the Application having been provided to all parties-in-interest; and for good cause shown, it is hereby ORDERED as follows:

1. The Application is GRANTED, as set forth below.

2. McNallyLaw, LLC be, and hereby is, ALLOWED total compensation, fees in the amount of $18,250.00 and expenses of $744.50 incurred during the Application period, for a total award in the amount of $18,994.50. McNallyLaw, LLC has already received payment in the amount of $4,750.00 from the Chapter 13 Trustee and payment from closing in the amount of $3,500.00, which shall be applied to the fees awarded herein.

3. The Chapter 13 Trustee is hereby authorized and directed to pay McNallyLaw, LLC the sum of $9,569.88 from the fee reserve deposited with the Chapter 13 Trustee. Any additional amounts awarded herein shall be paid directly by the Debtor to McNallyLaw, LLC.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-18894-JKS
Anna Manukian Aslanian  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Mar 03, 2025     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Anna Manukian Aslanian, 413 The Fenway, River Edge, NJ 07661-1842 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2025 at the address(es) listed below:

**Name**     **Email Address**

Denise E. Carlon
    on behalf of Creditor DISCOVER BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Milica A. Fatovich
    on behalf of Creditor Kevin Aslanian mfatovich@norgaardfirm.com
    mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

Robert P. Saltzman
    on behalf of Creditor Ajax E Master Trust I  a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee dnj@pbslaw.org

Stephen B. McNally

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 03, 2025 | Form ID: pdf903 | Total Noticed: 1

    on behalf of Debtor Anna Manukian Aslanian steve@mcnallylawllc.com
    jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com

Stuart H. West

    on behalf of Creditor Ajax E Master Trust I  a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee
    swest@pbslaw.org

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

    on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
    mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 8